## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-02838-RGK-JC | Date | October 25, 2018 |
|---|---|---|---|
| Title | Daniel Lopez v. Sadofsky Investments, LLC et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 8, 2018, the Court issued an order directing plaintiff to file a motion for default judgment on or before July 9, 2018 [18]. No further filings have occurred since that date. Plaintiff shall show cause in writing on or before October 31, 2018 why this matter should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

: 

Initials of Preparer   slw